DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 309P15 | State v. Reginald Underwood Fullard | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-93) | 1. |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. Denied **01/13/2016** |
| 320P15 | Leroy Courtland Broadnax v. Jason Edward Ramey, Attorney for the State | Petitioner's *Pro Se* Motion for Relief from Conviction and Sentence (COAP15-584) | Dismissed |
| 337P15 | State v. Aron Harper | 1. Def's Motion for Temporary Stay (COA14-1182) | 1. Denied **10/08/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's Petition for *Writ of Certiorari* to Review Decision of COA | 3. Denied |
| | | 4. Def's Motion to Amend Petition for *Writ of Certiorari* and Petition for *Writ of Supersedeas* and Motion for Temporary Stay | 4. Allowed |
| 351P15 | State v. Paul Gregory Perry | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-1328) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 353P15 | Carolyn Joyner Driggers, Individually and as Co-Trust and Co-Beneficiary of the Barney G. Joyner Family Trust, and Phyllis M. Joyner, by and through Carolyn Driggers as Attorney-in-Fact v. David Lee Joyner and Ronald Dorrestein | 1. Plt's (Carolyn Joyner Driggers) Petition for *Writ of Certiorari* to Review Order of COA (COA15-434) | 1. Denied |
| | | 2. Plt's (Carolyn Joyner Driggers) Petition for *Writ of Certiorari* to Review Order of Superior Court of Wake County | 2. Denied |
| | | 3. Defs' Motion for Extension of Time to File Response to Petition for *Writ of Certiorari* | 3. Allowed **10/27/2015** |
| 360P15 | State v. Jorge Juarez | 1. State's Motion for Temporary Stay (COA15-152) | 1. Allowed **10/27/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |